UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff ) | 1:02-cr-5170 REC |
| ) | |
| v. ) | NEW CASE NUMBER: |
| ) | |
| JESUS CALVILLO, ) | 1:02-cr-5170 OWW |
| ) | |
| Defendant ) | ORDER REASSIGNING CASE AND |
| _____ ) | DIRECTING SELECTION FROM "REC CRIMINAL CASE" DECK |

    A petition for violation having been filed by the probation officer as to the above-named defendant;

    IT IS HEREBY ORDERED that this case be reassigned from the docket of Judge Robert E. Coyle to the docket of Judge Oliver W. Wanger.

    IT IS FURTHER ORDERED that the reassignment be made from the "REC CRIMINAL CASE" deck.

Dated: September 29, 2005        /s/ OLIVER W. WANGER

                                                            _____
                                                            OLIVER W. WANGER
                                                            United States District Judge

1